**Winget | Spadafora | Schwartzberg | LLP**

NEW JERSEY:

65 East Route 4, Suite 201
River Edge, NJ 07661

P (973) 221-8200
F (973) 221-8201
silvermintz.r@wssllp.com

March 5, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___3/6/2020___

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
212-805-0288

Re:       Matter:              Bishop v. Experience The Ride NY, LLC
          Docket No.:          20-cv-00407 (LGS)(KHP)
          Our File No.:        7461-25682

Dear Judge Schofield:

        Our office represents The Ride, LLC i/n/h/a Experience The Ride NY, LLC ("The Ride") in connection with the above-referenced matter.  We write to request an adjournment of the initial conference from March 12, 2020 to April 20, 2020 or April 21, 2020 as the parties are currently engaged in ongoing settlement discussions.  This is The Ride's first request for an adjournment of the initial conference.  Plaintiff consents to The Ride's request for an adjournment.

        Your Honor's consideration of this request is greatly appreciated.

                              Respectfully submitted,

                              /s/ Robyn Silvermintz

                              Robyn Silvermintz

cc:  Justin A. Zeller (via ECF)
     Jeffry M. Gottlieb (via ECF)

Application GRANTED in part and DENIED in part.

The initial conference set for March 12, 2020, at 10:30 A.M. is adjourned to April 16, 2020, at 10:40 A.M.  Pre-conference materials are due on April 12, 2020.

Dated: March 6, 2020
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE