**Winget | Spadafora | Schwartzberg | LLP**

NEW JERSEY:
65 East Route 4, Suite 201
River Edge, NJ 07661

P (973) 221-8200
F (973) 221-8201
silvermintz.r@wssllp.com

April 10, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
212-805-0288

*Application GRANTED in part and DENIED in part.*

*The initial conference set for April 16, 2020, at 10:30 A.M. is adjourned to May 28, 2020, at 10:30 A.M. Pre-conference materials are due on May 21, 2020.*

*Dated: April 10, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  Matter:         Bishop v. Experience The Ride NY, LLC
     Docket No.:     20-cv-00407 (LGS)(KHP)
     Our File No.:   7461-25682

Dear Judge Schofield:

Our office represents The Ride, LLC i/n/h/a Experience The Ride NY, LLC ("The Ride") in connection with the above-referenced matter. We write to request an adjournment of the initial conference from April 16, 2020 to June 16, 2020. Due to the COVID-19 pandemic, The Ride's operation has been shut down and it currently has no revenue. As a tourism provider in New York City, it is currently unknown as to when tourism operations will resume. Thus, funding The Ride's defense at this time is an extreme hardship. In addition, the parties have made efforts to resolve the matter. This is The Ride's second request for an adjournment of the initial conference. The initial request was granted. Plaintiff consents to The Ride's request for an adjournment.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

/s/ Robyn Silvermintz

Robyn Silvermintz

cc:  Justin A. Zeller (via ECF)
     Jeffry M. Gottlieb (via ECF)